# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TERESA MORGAN,**

    Plaintiff,

**-vs-**

           **CASE NO.    3:10-cv-299**

           **District Judge Timothy S. Black**
           **Magistrate Judge Sharon L. Ovington**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge (Doc. 11) is **ADOPTED**; Plaintiff's Objections (Doc.. 12) are **OVERRULED**; and this case is **CLOSED.**

Date:  August 24, 2011                          **JAMES BONINI, CLERK**

                                                   By: s/ M. Rogers
                                                   Deputy Clerk